**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

| | |
|---|---|
| **PAUL TOVAR** | **PETITIONER** |
| **REG #50221-177** | |
| | |
| **v.**        **Case No. 2:23-cv-00149-KGB** | |
| | |
| **CHAD GARRETT, Warden,** | |
| **FCI-Forrest City** | **RESPONDENT** |

## ORDER

Before the Court is the Findings and Recommendation ("Recommendation") submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 8). The Court has reviewed the Recommendation (*Id.*). No party has filed objections to the Recommendation, and the time to do so has passed. Accordingly, after careful consideration, the Court approves and adopts the Recommendation in its entirety as this Court's findings in all respects (*Id.*). *Pro se* petitioner Paul Tovar's petition for a writ of *habeas corpus* is denied without prejudice (Dkt. No. 1). Judgment will be entered accordingly.

It is so ordered this 15th day of June, 2026.

_Kristine G. Baker_
Kristine G. Baker
Chief United States District Judge