**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**PAUL TOVAR**                                                                 **PETITIONER**
**REG #50221-177**

**v.**                              **Case No. 2:23-cv-00149-KGB**

**CHAD GARRETT, Warden,**
**FCI-Forrest City**                                                        **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered by the Court on this date, it is considered, ordered, and adjudged that petitioner Paul Tovar's petition for a writ of *habeas corpus* is denied without prejudice (Dkt. No. 1).

It is so adjudged this 15th day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge